IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DERRICK D. MCCANN,

    Plaintiff,

v.

DANE COUNTY COURT SERVICES,

    Defendant.

ORDER

Case No. 19-cv-989-jdp

---

DERRICK D. MCCANN,

    Plaintiff,

v.

CHILDREN HOSPITAL OF WISCONSIN COMMUNITY SERVICES,

    Defendant.

ORDER

Case No. 19-cv-990-jdp

---

Plaintiff Derrick D. McCann has filed two proposed civil complaints. Plaintiff seeks to commence these lawsuits without prepayment of the filing fees pursuant to 28 U.S.C. § 1915. From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing these actions or to give security therefor.

IT IS ORDERED that:

1. Plaintiff Derrick D. McCann 's petition for leave to proceed without prepayment of the filing fees is GRANTED.

2. No further action will be taken in theses cases until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether the cases must be dismissed because

the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, separate order(s) will issue.

Entered this 6th day of December, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge