IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK McCANN,

    Plaintiff,

  v.

Case No. 19-cv-989-jdp

DANE COUNTY COURT SERVICES,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered favor of defendant dismissing this case.

| /s/ | 12/9/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |